**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN, BANKRUPTCY DIVISION**

| | |
|---|---|
| **In re:**<br><br>**INNOVATIVE COMMUNICATION CORPORATION**<br><br>      **DEBTOR.** | **Chapter 11**<br><br>**Case No. 07-30012 (JKF)** |
| **STAN SPRINGEL, CHAPTER 11 TRUSTEE OF THE BANKRUPTCY ESTATE OF INNOVATIVE COMMUNICATION CORPORATION,**<br><br>      **PLAINTIFF,**<br><br>**V.**<br><br>**LAWRENCE H. SCHOENBACH, ESQ.,**<br><br>      **DEFENDANT** | **Adv. Proc. No. 09-3088**<br><br>**Regarding Docket Nos. 1 & 2** |

**CERTIFICATE OF SERVICE OF
ORIGINAL COMPLAINT TO RECOVER PRE-PETITION FRAUDULENT
TRANSFERS AND PREFERENTIAL TRANSFERS,
SUMMONS AND NOTICE OF PRETRIAL CONFERENCE,
AND FIRST PRETRIAL ORDER (BANKRUPTCY RULE 7016)**

I certify under penalty of perjury that on October 2, 2009, the above-captioned pleadings were served via United States Certified Mail, Return Receipt Requested and via First Class United States Mail, postage prepaid, on the Defendant at the following address:

Lawrence H. Schoenbach, Esq.
The Trinity Building
111 Broadway, 13th Floor
New York NY  10006

DATED:  October 2, 2009

By:___/s/ Michaela C. Crocker_____
  Daniel C. Stewart, SBT #19206500
  James J. Lee, SBT #12074550
  Michaela C. Crocker #24031985
  **VINSON & ELKINS L.L.P.**
  Trammell Crow Center
  2001 Ross Avenue, Suite 3700
  Dallas, Texas 75201
  Tel:  214.220.7700
  Fax: 214.220.7716

  **COUNSEL FOR STAN SPRINGEL,
  CHAPTER 11 TRUSTEE**

  - and –

  Benjamin A. Currence, Esq.
  **LAW OFFICES OF BENJAMIN A.
  CURRENCE**
  5045 Norre Gade, Ste. 2
  P.O. Box 6143
  St. Thomas, VI 00804-6143
  Tel:  (340) 775-3434
  Fax: (340) 774-1001

  **LOCAL COUNSEL FOR STAN
  SPRINGEL, CHAPTER 11 TRUSTEE**