# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN, BANKRUPTCY DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| INNOVATIVE COMMUNICATION CORPORATION, | ) ) ) | Case No. 07-30012 (JKF) |
| Debtor. | ) ) | |
| _____ | ) | |
| | | |
| STAN SPRINGEL, CHAPTER 11 TRUSTEE OF THE BANKRUPTCY ESTATE OF INNOVATIVE COMMUNICATION CORPORATION, | ) ) ) ) ) | |
| Plaintiff, | ) ) | Adv. Proc. No. 09-3013 |
| vs. | ) | Related to Docket No. 3 |
| | ) | |
| DUDLEY CLARK & CHAN LLP, | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |
| | | |
| STAN SPRINGEL, CHAPTER 11 TRUSTEE OF THE BANKRUPTCY ESTATE OF INNOVATIVE COMMUNICATION CORPORATION | ) ) ) ) | |
| Plaintiff, | ) ) | Adv. Proc. No. 09-3070 |
| vs. | ) | Related to Docket No. 4 |
| | ) | |
| ROBERT F. CRAIG, P.C., | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

| | |
|---|---|
| STAN SPRINGEL, CHAPTER 11 TRUSTEE OF THE BANKRUPTCY ESTATE OF INNOVATIVE COMMUNICATION CORPORATION ) ) ) ) ) | |
| Plaintiff, ) | Adv. Proc. No. 09-3076 |
| ) vs. ) ) | Related to Docket No. 4 |
| WOLFF & SAMSON PC, ) ) | |
| Defendant. ) _____ ) | |
| STAN SPRINGEL, CHAPTER 11 TRUSTEE OF THE BANKRUPTCY ESTATE OF INNOVATIVE COMMUNICATION CORPORATION ) ) ) ) ) | |
| Plaintiff, ) | Adv. Proc. No. 09-3088 |
| ) vs. ) ) | Related to Docket No. 4 |
| LAWRENCE H. SCHOENBACH, ESQ., ) ) | |
| Defendant. ) _____ ) | |

**CERTIFICATE OF SERVICE OF
ORDER TRANSFERRING ADVERSARY PROCEEDINGS 09-3013, 09-3070,
<u>09-3076, AND 09-3088 TO THE HONORABLE MARY E. WALRATH</u>**

  I certify under penalty of perjury that I caused the above-captioned pleading to be served via First Class United States Mail to each of the above-referenced Defendants, at the address shown below for each, on November 5, 2009:

  Dudley Clark & Chan LLP
  9720 Estate Thomas
  St. Thomas, VI 00802

  Robert F. Craig
  Robert F. Craig, P.C.
  1321 Jones Street
  Omaha, NE 68102

Wolff & Samson PC
The Offices at Crystal Lake
One Boland Drive
West Orange, NJ 07052

Lawrence H. Schoenbach, Esq.
The Trinity Building
111 Broadway, 13th Floor
New York, NY 10006

DATED:   November 11, 2009

By: */s/ Michaela C. Crocker*
Daniel C. Stewart, SBT #19206500
James J. Lee, SBT #12074550
Michaela C. Crocker, SBT #24031985
**VINSON & ELKINS L.L.P.**
Trammell Crow Center
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201
Tel:  214.220.7700
Fax: 214.220.7716
**COUNSEL FOR STAN SPRINGEL,
CHAPTER 11 TRUSTEE**

- and -

Benjamin A. Currence, Esq.
**LAW OFFICES OF BENJAMIN A.
CURRENCE**
5045 Norre Gade, Ste. 2
P.O. Box 6143
St. Thomas, VI 00804-6143
Tel:  (340) 775-3434
Fax: (340) 774-1001
**LOCAL COUNSEL FOR STAN
SPRINGEL, CHAPTER 11 TRUSTEE**