**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN
BANKRUPTCY DIVISION**

In re:

INNOVATIVE COMMUNICATIONS
CORPORATION,

        Debtor.

_____/

STAN SPRINGEL, CHAPTER 11
TRUSTEE OF THE BANKRUPTCY
ESTATE OF INNOVATIVE
COMMUNICATION CORPORATION,

        Plaintiff,

- against -

LAWRENCE H. SCHOENBACH, ESQ.,

        Defendant.

_____/

Chapter 11
Case No. 07-30012-JFK

Adv. Proc. No 09-03088-MFW

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that LAWRENCE H. SCHOENBACH, ESQ., an attorney duly admitted to practice law in the United States Virgin Islands and the U.S. District Court for the U.S. Virgin Islands appears *pro se* in this matter as and for the defendant.

It is requested that all motions, notices, pleadings, and any other documents submitted in this case be forwarded to the undersigned via this court's electronic notification system (ECF).

Please add my contact information to the Electronic Case Filing System for this proceeding.

Dated:    New York, New York
            November 11, 2009

                                            _____/s/_____
                                            Lawrence H. Schoenbach, Esquire
                                            U.S.V.I. Bar No. 770
                                            The Law Offices of Lawrence H. Schoenbach
                                            111 Broadway, Suite 1305
                                            New York, New York 10006
                                            Telephone:  212 346-2400
                                            Facsimile:    212 937-3100
                                            E-Mail:schoenbachlawoffice@att.net

                                            **FOR DEFENDANT**
                                            **LAWRENCE H. SCHOENBACH, ESQ.** *pro se*