**10:00 AM AST**

**DISTRICT OF THE VIRGIN ISLANDS**
**ST. THOMAS**
**PROCEEDING MEMO**

<u>DATE:</u>    Tuesday, November 10, 2009

| | |
|---|---|
| <u>IN RE:</u> Innovative Communication Corp. | Bankruptcy No.  3-07-30012 (JKF) |
| **Stan Springel, Ch. 11 Trustee v. Thomas Alkon** | **Adversary No. 09-3005 (MFW)** |
| **Stan Springel, Ch. 11 Trustee v. Prosser & Campbell** | **Adversary No. 09-3009 (MFW)** |
| **Stan Springel, Ch. 11 Trustee v. Raynor Rensch & Pfeiffer** | **Adversary No. 09-3010 (MFW)** |
| **Stan Springel, Ch. 11 Trustee v. John P. Raynor** | **Adversary No. 09-3012 (MFW)** |
| **Stan Springel, Ch. 11 Trustee v. Dudley Clark & Chan LLP** | **Adversary No. 09-3013 (MFW)** |
| **Stan Springel, Ch. 11 Trustee v. Blackwell Sanders Peper Martin** | **Adversary No. 09-3017 (MFW)** |
| **Stan Springel, Ch. 11 Trustee v. Robert F. Craig P.C.** | **Adversary No. 09-3070 (MFW)** |
| **Stan Springel, Ch. 11 Trustee v. Wolff & Samson, PC** | **Adversary No. 09-3076 (MFW)** |
| **Stan Springel, Ch. 11 Trustee v. Lawrence  Schoenbach, Esq.** | **Adversary No. 09-3088 (MFW)** |
| **Stan Springel, Ch. 11 Trustee v. Peter Weisman & Associates** | **Adversary No. 09-3089 (MFW)** |

<u>**APPEARANCES**</u>
**Rebecca Petereit**
 **Norm Pernick**
**Lawrence  Schoenbach**

<u>**NATURE OF PROCEEDING**</u>

*Pretrial Conferences*

**Petereit :**
**Not all have filed answers, some have agreed to continue the time to answer**
**and are talking settlement with some.**

**There are three motions to dismiss, will ask for oral argument.  Many have not answered.**


**1.  Alkon**
**Will probably dismiss it this week.**

**2.   Prosser and Campbell**
**3.   Raynor Rensceh and**
**4 .  John Raynor**
**Motion to dismiss and motion to strike.**
**They can appear in person or by video; she will ask them and advise.**

**5 . Dudley Clark**
**Have a tolling agreement to 11/20.**

**Have information from them.**
**They will answer and present a consentual scheduling order by 12/10**

**6. Blackwell**
**No answer has been filed, unclear whether they were served.**
**Continue to 12/10**

**7. Craig**
**Morehead represents him?**
**Answer was due on10/26, will file it this week.**
**Will do a proposed scheduling order and file by 12/10.**

**8. Wolff & Sampson**
**Gave them until 11/24 .**
**Will do aproposed scheduling order and file by 12/10.**
**They will circulate draft to defendants**

**9. Schoenbach**
**Extension to answer to 11/20.**
**Will do proposed scheduling order and file by 12/10.**
**Are hiring a different attorney, but wont push.**

**10. Weisman**
**10/26 was answer date but heard from attorney for defendant.**
**Will do proposed scheduling order and file by 12/10.**


**JUDGE'S NOTES:**




**Dated:    November 10, 2009**

*[Signature: Mary F. Walrath]*

**Mary F. Walrath**
**U.S. Bankruptcy Judge**