**10:00 AM AST**

### DISTRICT OF THE VIRGIN ISLANDS
### ST. THOMAS & ST. JOHN
### PROCEEDING MEMO

**DATE:**        **December 10, 2009**


**IN RE:**        **Innovative Communication Corporation**          **Bankruptcy No.  07-30012 (JKF)**
        **Stan Springel, Ch. 11 Trustee v. Thomas Alkon**          **Adv. No. 09-3005 (MFW)**
        **Stan Springel, Ch. 11 Trustee v. Prosser & Campbell**          **Adv. No. 09-3009 (MFW)**
        **Stan Springel, Ch. 11 Trustee v. Raynor, Rensch & Pfeiffer**          **Adv. No. 09-3010 (MFW)**
        **Stan Springel, Ch. 11 Trustee v. John Raynor**          **Adv. No. 09-3012 (MFW)**
        **Stan Springel, Ch. 11 Trustee v. Dudley Clark & Chan**          **Adv. No. 09-3013 (MFW)**
        **Stan Springel, Ch. 11 Trustee v. Husch Blackwell Sanders**          **Adv. No. 09-3017 (MFW)**
        **Stan Springel, Ch. 11 Trustee v. Robert Craig**          **Adv. No. 09-3070 (MFW)**
        **Stan Springel, Ch. 11 Trustee v. Wolff & Samson**          **Adv. No. 09-3076 (MFW)**
        **Stan Springel, Ch. 11 Trustee v. Lawrence Schoenbach**          **Adv. No. 09-3088 (MFW)**
        **Stan Springel, Ch. 11 Trustee v. Peter Weisman, et al.**          **Adv. No. 09-3089 (MFW)**


**APPEARANCES**

   *Christine Kim, Esq.*
   *Robert Craig, Esq.*
   *Bailey Pham, Esq.*
   *Lawrence Schoenbach, Esq.*
   *Norman Pernick, Esq.*


**NATURE OF PROCEEDING**

   *Pretrial Conferences*


**JUDGE'S NOTES:**

**CRAIG - motion to dismiss filed and in the Weissman**

**SCHOENBACH - I filed a motion to dismiss as well**

**PHAM - represent trustee**
**2 were continued**

**JUDGE - I would like to have them all heard at the same time**

**PHAM - some answer dates were continued to 1/25**

**JUDGE - I am in the Virgin Islands on 2/9.  Let's have the hearing held then.**